February 27, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

THE ESTATE OF MARGARET KLOVENSKI, JAKE KLOVENSKI, AND MARY HASSLER, INDIVIDUALLY AND AS NEXT FRIENDS, Appellants

NO. 14-13-00850-CV                  V.

DR. ASHISH KAPOOR, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 19, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, The Estate of Margaret Klovenski, Jake Klovenski, and Mary Hassler, Individually and as next Friends, jointly and severally.

We further order this decision certified below for observance.